974

No. 1492. Bering et ux. *v.* Commissioner of Internal Revenue. C. A. 9th Cir. Certiorari denied.

No. 1499. Tate, Mayor of Philadelphia, et al. *v.* Pennsylvania ex rel. Jamieson, Judge. Sup. Ct. Pa. Certiorari denied.

No. 1502. Frank et ux. *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 1505. Mid-South Towing Co. *v.* National Labor Relations Board. C. A. 8th Cir. Certiorari denied.

No. 1513. Aero Engineering Corp. *v.* National Labor Relations Board. C. A. 5th Cir. Certiorari denied.

No. 1515. Amity Fabrics, Inc. *v.* United States. C. C. P. A. Certiorari denied.

No. 1517. Mehciz *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 1519. Whitehead et al. *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 1524. Morris et al. *v.* Leonard, Trustee, et al. Ct. Civ. App. Tex., 2d Sup. Jud. Dist. Certiorari denied.

No. 1529. Almendarez *v.* Texas. Ct. Crim. App. Tex. Certiorari denied.